INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500031268
Cashier ID: dgarci
Transaction Date: 08/21/2015
Payer Name: R. ANDREW FREE, ATTORNEY
----------------------------------------
WRIT OF HABEAS CORPUS
 For: CLIVIAN M. CONTRERAS-CASCO
 Amount:        $5.00
----------------------------------------
PAPER CHECK
 Check/Money Order Num: 17-235275359
 Amt Tendered:   $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

SA-15-CV-716. CLIVIAN MELISSA
CONTRAS-CASCO V. ENRIQUE LUCERO, IN
HIS OFFICIAL CAPACITY AS SAN
ANTONIO FIELD OFFICE DIRECTOR, ET
AL.
```

(WHITE)