UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT SAN ANTONIO

| | |
|---|---|
| CLIVIAN MELISSA **CONTRERAS-CASCO**, <br><br> *Petitioner,* <br><br> v. <br><br> ENRIQUE LUCERO, in his Official Capacity as San Antonio Field Office Director, U.S. Immigration and Customs Enforcement – Enforcement and Removal Operations; JANICE KILLIAN, in her Official Capacity as Facility Administrator of the South Texas Family Residential Center; SARAH SALDAÑA, in her Official Capacity as Director, U.S. Immigration and Customs Enforcement; JEH JOHNSON, in his Official Capacity as Secretary of Homeland Security; and LORETTA LYNCH, in her Official Capacity as Attorney General of the United States, <br><br> *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br><br> CASE NO.: _____ <br><br> PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 |

**SA15CA0716 XR**

---

### [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT

---

Upon consideration of Petitioner's Motion for Leave to Exceed the Page Limit set forth in Local Court Rule CV-7(d)(3), it is hereby ORDERED that:

Petitioner's Motion is GRANTED. Pursuant to Local Court Rule CV-7(b), the Clerk shall promptly FILE the Memorandum attached to Petitioner's Motion as Exhibit 1.

IT IS SO ORDERED.

Dated: August ___, 2015          _____

UNITED STATES DISTRICT JUDGE

UNITED STATES MAGISTRATE JUDGE