FILED

AUG 2 1 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT SAN ANTONIO

| | |
|---|---|
| CLIVIAN MELISSA **CONTRERAS-**CASCO, <br><br> *Petitioner,* <br><br> v. <br><br> ENRIQUE **LUCERO**, in his Official Capacity as San Antonio Field Office Director, U.S. Immigration and Customs Enforcement – Enforcement and Removal Operations; JANICE KILLIAN, in her Official Capacity as Facility Administrator of the South Texas Family Residential Center; SARAH SALDAÑA, in her Official Capacity as Director, U.S. Immigration and Customs Enforcement; JEH JOHNSON, in his Official Capacity as Secretary of Homeland Security; and LORETTA LYNCH, in her Official Capacity as Attorney General of the United States, <br><br> *Respondents.* | **SA15CA0716 XR** <br><br> CIVIL ACTION <br><br> CASE NO.: _____ <br><br> PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 |

---

**MOTION FOR *EXPEDITED* ORDER TO SHOW CAUSE
PURSUANT TO 28 U.S.C. § 2243**

---

1.  Pursuant to 28 U.S.C. § 2243, Petitioner Clivian Melissa Contreras Casco respectfully requests this Court to issue an order to Respondents requiring them to show cause within ten (10) days why the Petition for Writ of Habeas Corpus should not be granted.

- 1 -

2. As set forth in detail in the attached Memorandum, Petitioner challenges Respondents' continued detention of her and her 7 year-old daughter, Helen in the South Texas Family Residential Center in Dilley Texas.

3. Petitioner seeks a constitutionally adequate bond hearing where Respondents bear the burden of demonstrating that her continued detention is justified by law.

4. The federal habeas corpus statute provides, "[a] court, justice or judge entering a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

5. The writ or order to show cause "shall be returned within three days unless for good cause shown additional time, not exceeding twenty days, is allowed." *Id.*

6. Further, the statute provides the court "shall summarily hear and determine the facts, and dispose of the matter as law and justice require." *Id.*

7. As described in the accompanying Memorandum, Respondents' continued prolonged, indefinite detention of Petitioner and her daughter Helen violates the INA and the Due Process Clause.

WHEREFORE, pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests this Court issue an Order to Respondents to show cause within 10 days why the writ of habeas corpus should be granted. Petitioner further requests that this Court set a hearing on the Petition within five days of Respondents' return, offering Respondent an opportunity to file a traverse or reply two days before the hearing.

August 20, 2015                          Respectfully submitted,

                                         R. Andrew Free, TN Bar No. 30513
                                         LAW OFFICE OF R. ANDREW FREE
                                         Bank of America Plaza
                                         414 Union Street, Suite 900
                                         Nashville, TN 37219
                                         (615) 432-2642
                                         Andrew@ImmigrantCivilRights.com
                                         *Pro Bono* Counsel for Petitioner


## Certificate of Service

I hereby further certify that on this date I served a true and correct copy of the foregoing *Motion for Expedited Order to Show Cause* and all attachments thereto upon the individuals listed below via First Class U.S. Mail, postage prepaid, and via email:

**HENRY LUCERO**
San Antonio Field Office Director
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations
1777 NE Loop 410, Floor 15
San Antonio, TX 78217

**JANICE KILLIAN**
Facility Administrator
South Texas Family Residential Center
1925 W. Highway 85
Dilley, Texas 78017


**SARAH SALDAÑA**
Director
U.S. Immigration and Customs Enforcement
500 12th St. SW
Washington, D.C. 20536

**JEH JOHNSON**

- 3 -

Secretary of Homeland Security
Department of Homeland Security
245 Murray Lane SW
Washington, D.C. 20528-0075

**LORETTA LYNCH**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C 20520


Date: August 21, 2015

_____
R. Andrew Free, TN Bar No. 30513