UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AT SAN ANTONIO

| | |
|---|---|
| CLIVIAN MELISSA **CONTRERAS-CASCO**, </br></br> *Petitioner,* </br></br> v. </br></br> ENRIQUE **LUCERO**, in his Official Capacity as San Antonio Field Office Director, U.S. Immigration and Customs Enforcement – Enforcement and Removal Operations; JANICE KILLIAN, in her Official Capacity as Facility Administrator of the South Texas Family Residential Center; SARAH SALDAÑA, in her Official Capacity as Director, U.S. Immigration and Customs Enforcement; JEH JOHNSON, in his Official Capacity as Secretary of Homeland Security; and LORETTA LYNCH, in her Official Capacity as Attorney General of the United States, </br></br> *Respondents.* | **SA15CA0716XR** </br> CIVIL ACTION </br></br> CASE NO.: _____ </br></br> PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 |

[PROPOSED] ORDER TO SHOW CAUSE
PURSUANT TO 28 U.S.C. § 2243

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause, filed pursuant to 28 U.S.C. § 2243, and her Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

1. Petitioner's Application for Issuance of Order to Show Cause is GRANTED;

2. Pursuant to 28 U.S.C. § 2243, Respondents are ORDERED to file a return of the Order to Show Cause by August ___, 2015.

3. Petitioner shall have an opportunity to file a reply or traverse by August ___, 2015; and

4. This matter shall be heard by this Court on _____ at ____ in Courtroom _____.

IT IS SO ORDERED.

Dated: August ___, 2015            _____

                                              UNITED STATES DISTRICT JUDGE

                                              UNITED STATES MAGISTRATE JUDGE