# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

FILED

AUG 2 1 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Clivian Melissa Contreras-Cruz

vs.

Henry Lucero, et al.

Case No.:

## SA15CA0716XR

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now R. Andrew Free , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Clivian Melissa Contreras-Cruz in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Law Office of R. Andrew Free with offices at:

    Mailing address: Bank of America Plaza, 414 Union Street, Suite 900

    City, State, Zip Code: Nashville, TN 37219

    Telephone: (615) 432-2642     Facsimile: (615) 244-4345

2. Since October 24, 2011 , Applicant has been and presently is a member of and in good standing with the Bar of the State of Tennessee.
    Applicant's bar license number is 30513 .

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| (a) U.S. Ct. App for the 5th Cir. (CA5) | (a) 5/22/13 (b) 5/4/12 (c) 1/29/15 |
| (b) CA6 (c) CA7 (d) CA9 (e) MDTN | (d) 11/8/11 (e) 11/1/11 (f) 10/23/14 |
| (f) DCO (g) DDC (h) NDIL (i) EDTN | (g) 9/9/13 (h) 7/1/13 (i) 10/18/13 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

n/a

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

n/a

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $ .00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

R. Andrew Free _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

R. Andrew Free
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _19th_ day of _August_ , _2015_ .

R. Andrew Free
_____
[printed name of Applicant]

_____
[signature of Applicant]