UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION 

Clivian Melissa Contreras-Cruz

vs.

Henry Lucero, et al.

Case No.: SA15CA0716XR

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by R. Andrew Free, counsel for Clivian Melissa Contreras-Cruz, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and R. Andrew Free may appear on behalf of Clivian Melissa Contreras-Cruz in the above case.

IT IS FURTHER ORDERED that R. Andrew Free, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of August, 20 15 .

_____
Please Choose Judge