DOCKET COPY

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500031269
Cashier ID: dgarci
Transaction Date: 08/21/2015
Payer Name: R. ANDREW FREE, ATTORNEY
------------------------------------
PRO HAC VICE
  For: R. ANDREW FREE
  Case/Party: D-TXW-5-08-LB-000000-001
  Amount:         $100.00
------------------------------------
PAPER CHECK
  Check/Money Order Num: 17-235275360
  Amt Tendered:   $100.00
------------------------------------
Total Due:        $100.00
Total Tendered:   $100.00
Change Amt:       $0.00
```

PRO HAC VICE FOR R. ANDREW FREE.

SA-15-CV-716. CLIVIAN MELISSA CONTRAS-CASCO V. ENRIQUE LUCERO, IN HIS OFFICIAL CAPACITY AS SAN ANTONIO FIELD OFFICE DIRECTOR, ET AL.