**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Mailed out on 8·25·15. |
| Return Receipt Fee (Endorsement Required) | | Postmark Here *dg* |
| Restricted Delivery Fee (Endorsement Required) | | |

7160 0005 0374 2867

Gary L. Anderson
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
SA-15-CV-716-XR-PMA
(Doc.'s #1, #2, #3, #4)

PS Form 3800, June 2002                See Reverse for Instructions